# EXHIBIT 1

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-03-264-50348 | CASE TYPE I539 APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|
| RECEIPT DATE September 28, 2003 | PRIORITY DATE | APPLICANT MOUTAFOV, VLADIMIR R. |
| NOTICE DATE December 3, 2003 | PAGE 1 of 1 | BENEFICIARY MOUTAFOV, RACHO V. |

| METODY TILEV 11801 STONEY CREEK ROAD POTOMAC MD 20854 | Notice Type:  Approval Notice Class: F2 Valid from 12/03/2003 Valid for Duration of Status |
|---|---|

The above application for change of nonimmigrant status is approved.  The new status is listed above.  The length of authorized temporary stay in this status for the named applicant(s) is also listed above.  An updated Form I-94 is included in the lower portion of this notice.  Each person must turn in his or her Form I-94 when leaving the U.S.

If any person included in this application must depart the U.S., he or she may wish to take the lower portion of this notice to facilitate his or her return to this status.  If a visa is required, he or she must obtain a new visa in the new classification before returning to the U.S.

In a small number of cases, a visa is not required of nationals of certain countries.  These applicants should present the lower portion this notice at the port-of-entry with any other documentation necessary to show admissibility.

If the applicant has any questions about the new status that has been granted, he or she should call the local INS office.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-03-264-50348
I-94# 422841275 07
NAME MOUTAFOV, RACHO V.
CLASS F2

VALID FROM 12/03/2003
Valid for Duration of Status

PETITIONER: MOUTAFOV, VLADIMIR R.
124 HAYCOCK ROAD 1 B
FALLS VA 22046



422841275 07

Receipt Number EAC-03-264-50348
Immigration and
Naturalization Service

I-94
Departure Record        Petitioner:

| 14. Family Name MOUTAFOV | |
|---|---|
| 15. First (Given) Name RACHO | 16. Date of Birth 03/12/1988 |
| 17. Country of Citizenship BULGARIA | |

# EXHIBIT 2

July 08, 2004

MARLENA KONSTANTINOVA MOUTAFOVA
c/o VLADIMIR MOUTAFOV
124 HAYCOCK RD APT B1
FALLS CHURCH, VA 22046

Dear MARLENA KONSTANTINOVA MOUTAFOVA:

Congratulations!   You are among those randomly selected and registered for further consideration in the DV-2005 diversity immigrant program for fiscal year 2005 (October, 1, 2004 to September 30, 2005). Selection does not guarantee that you will receive a visa because the number of applicants selected is greater than the number of visas available. Please retain this letter and take it with you to your visa interview.

Approximately 100,000 individuals were registered for further processing. However there are only between 50,000 & 55,000 diversity visas available under the FISCAL YEAR 2005 DIVERSITY VISA PROGRAM. Therefore, it is most important that you carefully follow these instructions to increase your chances of possible visa issuance.

Please read and follow all the enclosed instructions very carefully. ALL FORMS AND CORRESPONDENCE must be sent to the Kentucky Consular Center at the above address. Please notify the Kentucky Consular Center of any change in address, addition or deletion of any family members, and any other information which you believe may effect your application.

PLEASE COMPLETE AND RETURN FORMS 230 PART I, 230 PART II, AND DSP-122 FOR YOURSELF AND FORMS 230 PART I AND 230 PART II FOR ALL ACCOMPANYING FAMILY MEMBERS TO THE KENTUCKY CONSULAR CENTER. WRITE THE CASE NUMBER IN THE UPPER RIGHT HAND CORNER OF EACH FORM. PLEASE MAKE SURE ALL BLOCKS ARE COMPLETED.

Please be advised that even though you send all of the above listed documents to the KCC, your case may not be scheduled for an interview appointment until a visa number is available. You will only be contacted by the KCC when a visa appointment is scheduled. Please do not call us to check when your case will be scheduled.

If it should be necessary to contact the Kentucky Consular Center by telephone YOU MUST ALWAYS REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW. Your case number should be clearly written in the upper right hand corner of ALL documents and correspondence sent to the Kentucky Consular Center.

| | |
|---|---|
| Case Number: | 2005EU00015247 |
| PA Name: | MOUTAFOVA, MARLENA KONSTANTINOVA |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | BULGARIA |
| Post: | FRANKFURT |

The Kentucky Consular Center telephone number is 606-526-7500
or send E-mail inquiry to KCCDV@state.gov

# EXHIBIT 3

U.S. Department of Homeland Security
United States Citizenship and Immigration Services

*4420 N. Fairfax Drive*
Arlington, VA 22203

*Alien Registration #: A99253129*

Date of Receipt: 03/01/05

VLADIMIR RACHEV MOUTAFOV
124 HAYCOCK RD
#B-1
FALLSCHURCH, VA 22046

Dear Applicant:

Your application for adjustment of status to permanent resident has been received and accepted for processing. Your interview and fingerprinting appointments are set and the notices are attached. Attached is also a change of address form to be completed if your address changes before your scheduled interview date.

If you already have been assigned an alien registration number, the processing time for an I-765 employment authorization and/or an I-131 advance parole is 30 days.

These processing times are subject to change. See the posted signs for updates.

All inquiries regarding an application pending with our office must be made through the Information Unit, Room 210. We ask that you do not contact this office until after processing time has expired. In order for us to better service you, we ask that you provide proof of filing at the time your inquiry is made. The hours for walk-in service are 7:30 am- 12 noon daily.

Should you move during the time your application is pending with our office, you must notify us in writing so that your information is properly updated on your application. Remember to always include your assigned alien registration number located at the top right-hand corner of this letter when corresponding with CIS.

Sincerely,

*Phyllis A. Howard*

Phyllis A. Howard
District Director Services

Cc: FARHAT TASNEEM AHMED, P.C.

# EXHIBIT 4

U.S. Department of Homeland Security
4420 N. Fairfax Drive
Arlington, VA 22203



U.S. Citizenship
and Immigration
Services

Date: *March 15, 2005*

A 99 253 130
99 253 129 ✓

Dear Applicant:

You have just completed your interview for permanent residence in the United States. However, we are unable to complete your application and your case is continued.

If your case was continued for documents, you have been issued a Request for Evidence (Form I-72). Every effort must be made to submit requested documentation on or before the due date. Once requested documents have been submitted, please allow 120 days before making an inquiry. If your case was continued for G-325 FBI Name check or for receipt of a RAP Sheet, please allow 180 days before making an inquiry. Applicants whose adjustment cases are continued for reasons other than those addressed should allow 120 days from the date of interview before making an inquiry.

Your case was continued for:

☐ Documents (Form I-72 is attached) (Please wait 120 days after document submission before making an inquiry)

☑ G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear; therefore, please wait 180days after the date of interview before making an inquiry)

☐ FBI Rap Sheet (Please wait 180days after the date of interview before making an inquiry)

☐ Other: ; (Please wait 120days after the date of interview before making an inquiry)

If the processing time stated above elapses and you have not been notified by this office about your case, you may make an appointment to inquire about your case by calling 1-800-375-5283. Upon completion of your case, you will receive notification of the decision reached in your case.

Sincerely,

Phyllis A. Howard
District Director, Services

**INTERVIEWING OFFICER:**

www.dhs.gov

# EXHIBIT 5

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>MSC-05-130-18231 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIPT DATE**<br>February 9, 2005 | **PRIORITY DATE** | **APPLICANT** A099 253 130<br>MOUTAFOVA, MARLENA K. |
| **NOTICE DATE**<br>May 4, 2005 | **PAGE**<br>1 of 1 | |

MARLENA K. MOUTAFOVA
124 HAYCOCK ROAD APT B 1
FALLS CHURCH VA 22046

**Notice Type:** Welcome Notice
**Section:** Other basis for adjustment
**COA:** DV6

Courtesy Copy: Original sent to: AHMED FARRAT

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

## WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved. It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number. It is your INS A# (A-number). This is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at **(800) 375-5283** if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at **1-800-375-5283** or visit the INS website at **www.bcis.gov**. (If you are hearing impaired, the NCSC's TDD number is **1-800-767-1833**.) The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
BCIS - DHS
P.O. BOX #7216
CHICAGO IL 60680-7216
Customer Service Telephone: (800) 375-5283



# EXHIBIT 6

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| MSC-05-130-18233 | RESIDENT STATUS |
| RECEIPT DATE       PRIORITY DATE | APPLICANT   A099 253 131 |
| February 9, 2005 | MOUTAFOV, RACHO V. |
| NOTICE DATE       PAGE | |
| May 4, 2005       1 of 1 | |

| | |
|---|---|
| RACHO V. MOUTAFOV<br>124 HAYCOCK RD APT B1<br>FALLS CHURCH VA 22046 | Notice Type:  Welcome Notice<br>Section: Other basis for adjustment<br>COA: DV8 |

Courtesy Copy: Original sent to: AHMED, FARHAT

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

## WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved. It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number. It is your INS A# (A-number). This is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new Permanent Resident Card. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at (800) 375-5283 if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our National Customer Service Center at 1-800-375-5283 or visit the INS website at www.bcis.gov. (If you are hearing impaired, the NCSC's TDD number is 1-800-767-1833.) The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
BCIS - DHS
P.O. BOX #7216
CHICAGO IL 60680-7216
Customer Service Telephone: (800) 375-5283

# EXHIBIT 7

Phyllis Howard
District Director
Washington District Office
U.S. Citizenship and Immigration Services (USCIS)
2675 Prosperity Avenue
Fairfax, VA 22031

Subject:    request for speeding up of an FBI Name Check in a **DV Lottery**-based
            adjustment of status case.

Receipt #   MSC-05-130-18229
Applicant # A099253129

Dear Madam Director:


I have applied for a DV Lottery-based adjustment of status from F1 (full time student) to permanent resident.

I have passed the interview at your Office 90 days ago, but my case is still not completed because of an ongoing G-325 FBI Name Check.

There is a deadline for adjudication of DV Lottery based cases, which expires September 30, 2005. If I do not receive my green card by September 30th, I will lose my right to it.

However, my wife and son have already received their green cards (my wife won the DV Lottery, and my son and myself are derivative beneficiaries), and if I fail to meet the deadline, we will have different status.

I am aware that  I am supposed to wait 180 days before making an inquiry, but if I wait 180 days, that will leave me with just 15 days before the expiration of the September 30 deadline.

May respectfully ask you, Madam, to remind the FBI about the deadline involved with my DV Lottery-based application, so that they could speed up the process?

Thank you for your time and cooperation,

Sincerely,                                          06/21/2005

Vladimir Moutafov                 tel. (703) 532-4472 (home)
124 Haycock Rd., Apt. B-1         tel. (202) 213-2210 (cell)
Falls Church, VA 22046            fax (775) 269-1313

cc:    - *Officer Logan, Washington District Office, USCIS*
       - *Farhat T. Ahmed, Attorney At Law, 14516 Pebble Hill Lane, North Potomac, MD 20878*

# EXHIBIT 8



# EXHIBIT 9

marlenski

**From:**     "marlenski" <marlenski@netzero.net>
**To:**       <fbinncp@ic.fbi.gov>
**Sent:**     11 July 2005 12:52
**Subject:**  DV-Lottery deadline - Request to expedite name check

Dear Madam of Sir:

I have applied for a DV-Lottery based adjustment of status to permanent resident.
The deadline to adjust status is 9/30/05.
My wife and son already have their green cards.
Please expedite my name check, so that I could keep my family together.

name -    Vladimir Rachev MOUTAFOV
DOB -     11/18/1957
A# -      099-253-129

E-mail address - marlenski@netzero.net

Thank you so much,
sincerely,
Moutafov

11/09/2005

# EXHIBIT 10

Welcome To
USCIS WAS District

Please watch for
your number

# D536

Case Status/Info Apt
10:02am 7-26-05

# EXHIBIT 11

marlenski

| | |
|---|---|
| **From:** | "marlenski" <marlenski@netzero.net> |
| **To:** | <fbinncp@ic.fbi.gov> |
| **Sent:** | 27 July 2005 14:21 |
| **Subject:** | Fw: DV-Lottery deadline - Request to expedite name check |

Dear Madam of Sir:

Please expedite my name check, so that I could keep my family together.
I have applied for a DV-Lottery based adjustment of status to permanent resident.
My wife and son already have their green cards.

The deadline to adjust status is 9/30/05.


name -    Vladimir Rachev MOUTAFOV
DOB -    11/18/1957
A# -    099-253-129

E-mail address - marlenski@netzero.net

Thank you so much,
sincerely,
Moutafov

11/09/2005

# EXHIBIT 12

David Hardy
**Chief, Records/Information Dissemination Section (RIDS),**
**Records Management Division (RMD)**
**Federal Bureau of Investigation**
**935 Pennsylvania Avenue, NW**
**Washington, DC 20535-0001**

*August 6, 2005*

**Subject:** *Request for a timely completion of a name check in a DV Lottery-based case.*

**Dear Mr. Hardy:**

I will be immensely grateful if your office could please try to complete my FBI name-check before the end of September, or I will loose the right to my DV Lottery-based green card.

My name check was requested by the Washington District Office of USCIS 6 months ago, in February 2005, together with the name checks for my wife and son. The name checks for my wife and son have been completed and they are already permanent residents.

You will please find my personal data below:

| | |
|---|---|
| **NAME:** | MOUTAFOV, Vladimir Rachev |
| | (MOUTAFOV, Vladimir R.) |
| | (MOUTAFOV, Vladimir) |
| **DOB** | November 18, 1957 |
| **Place of birth:** | Zavet, Bulgaria |
| **Alien #:** | 099253129 |
| **Current address:** | 124 Haycock Rd., Apt. B-1 |
| | Falls Church, VA 22046 |
| **Cell phone:** | 202 213 2210 |
| **Home phone:** | 703 532 4472 |
| **Fax:** | 775-269-1313 |
| **e-mail:** | marlenski@netzero.net |

Thank you for your time and trouble, and for your efforts to reduce the enormous backlog you have inherited.

Sincerely:

**Vladimir R. Moutafov**

# EXHIBIT 13

William Hooton
**Assistant Director,**
Record Management Division, Room 11703
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

*August 6, 2005*

**Subject:** *Request for a timely completion of a name check in a DV Lottery-based case.*

**Dear Mr. Hooton:**

I will be immensely grateful if your office could please try to complete my FBI name-check before the end of September, or I will loose the right to my DV Lottery-based green card.

My name check was requested by the Washington District Office of USCIS 6 months ago, in February 2005, together with the name checks for my wife and son. The name checks for my wife and son have been completed and they are already permanent residents.

You will please find my personal data below:

| | |
|---|---|
| **NAME:** | MOUTAFOV, Vladimir Rachev |
| | (MOUTAFOV, Vladimir R.) |
| | (MOUTAFOV, Vladimir) |
| **DOB** | November 18, 1957 |
| **Place of birth:** | Zavet, Bulgaria |
| **Alien #:** | 099253129 |
| **Current address:** | 124 Haycock Rd., Apt. B-1 |
| | Falls Church, VA 22046 |
| **Cell phone:** | 202 213 2210 |
| **Home phone:** | 703 532 4472 |
| **Fax:** | 775-269-1313 |
| **e-mail:** | marlenski@netzero.net |

Thank you for your time and trouble, and for your efforts to reduce the enormous backlog you have inherited.

Sincerely:

**Vladimir R. Moutafov**

# EXHIBIT 14

Renée Morton,
**Supervisor,**
**National Name Check Program (NNCP)**
**Federal Bureau of Investigation**
**935 Pennsylvania Avenue, NW**
**Washington, DC 20535-0001**

*August 6, 2005*

**Subject:** *Request for a timely completion of a name check in a DV Lottery-based case.*

Dear Ms Morton:

I will be immensely grateful if your office could please try to complete my FBI name-check before the end of September, or I will loose the right to my DV Lottery-based green card.

My name check was requested by the Washington District Office of USCIS 6 months ago, in February 2005, together with the name checks for my wife and son. The name checks for my wife and son have been completed and they are already permanent residents.

You will please find my personal data below:

| | |
|---|---|
| **NAME:** | MOUTAFOV, Vladimir Rachev |
| | (MOUTAFOV, Vladimir R.) |
| | (MOUTAFOV, Vladimir) |
| **DOB** | November 18, 1957 |
| **Place of birth:** | Zavet, Bulgaria |
| **Alien #:** | 099253129 |
| **Current address:** | 124 Haycock Rd., Apt. B-1 |
| | Falls Church, VA 22046 |
| **Cell phone:** | 202 213 2210 |
| **Home phone:** | 703 532 4472 |
| **Fax:** | 775-269-1313 |
| **e-mail:** | marlenski@netzero.net |

Thank you for your time and trouble, and for your efforts to reduce the enormous backlog you have inherited.

Sincerely:

**Vladimir R. Moutafov**

# EXHIBIT 15

National Name Check Program Unit, Room 6357
**Federal Bureau of Investigation**
**935 Pennsylvania Avenue, NW**
**Washington, DC 20535-0001**

*August 6, 2005*

**Subject:** *Request for a timely completion of a name check in a DV Lottery-based case.*

**Dear Madam or Sir:**

I will be immensely grateful if your office could please try to complete my FBI name-check before the end of September, or I will loose the right to my DV Lottery-based green card.

My name check was requested by the Washington District Office of USCIS 6 months ago, in February 2005, together with the name checks for my wife and son. The name checks for my wife and son have been completed and they are already permanent residents.

You will please find my personal data below:

| | |
|---|---|
| **NAME:** | MOUTAFOV, Vladimir Rachev |
| | (MOUTAFOV, Vladimir R.) |
| | (MOUTAFOV, Vladimir) |
| **DOB** | November 18, 1957 |
| **Place of birth:** | Zavet, Bulgaria |
| **Alien #:** | 099253129 |
| **Current address:** | 124 Haycock Rd., Apt. B-1 |
| | Falls Church, VA 22046 |
| **Cell phone:** | 202 213 2210 |
| **Home phone:** | 703 532 4472 |
| **Fax:** | 775-269-1313 |
| **e-mail:** | marlenski@netzero.net |

Thank you for your time and trouble, and for your efforts to reduce the enormous backlog you have inherited.

Sincerely:

Vladimir R. Moutafov

# EXHIBIT 16

To: FBI NNCP
    fax: (202) 324-3367
From: Vladimir Moutafov
    A# 099-253-129

*August 24th, 2005*

### Subj.: DV-Lottery deadline - Request to expedite name check

**Dear Madam of Sir:**

Please expedite my name check, so that I could keep my family together.
I have applied for a DV-Lottery based adjustment of status to permanent resident, and the Washington DC District Office of USCIS requested the name check back in February 2005. My wife and son already have their green cards.

The deadline to adjust status is 9/30/05.

**Please let me know about the status of my name-check.**

name -  Vladimir Rachev MOUTAFOV
DOB -  11/18/1957
A# -  099-253-129

I can be reached at:

    Mailing address:   Vladimir Moutafov
                        124 Haycock Rd., Apt. B-1
                        Falls Church, VA 22046

    E-mail address:   marlenski@netzero.net

    Cell phone:   (202) 213 2210

    Fax:   (775) 269 1313

Thank you for your time and trouble,

sincerely,

**Vladimir Moutafov**

# EXHIBIT 17

Ms. Emily Gaitonde
**Office of Senator George Allen**
**2214 Rock Hill Road, Suite 100**
**Herndon, VA 20170**
**Phone: (703) 435-0039**
**Fax: (703) 435-3446**

*August 24th, 2004*

**Dear Ms. Gaitonde,**

My name is Vladimir Moutafov, 47, Bulgarian. I am a full-time international student, residing in Falls Church, VA, on an F-1 visa, together with my wife and son. My wife won the DV-Lottery and we all applied for adjustment of status in February 2005. My wife and son have already adjusted status and have their green cards (the cards came in the mail in May 2005).

I have still not adjusted my status from F-1 to permanent resident because of an FBI name-check, which is still pending. If the name-check is not completed at least one week before the end of September, I might loose my right to a green card (and I will surely loose it after midnight on September 30th). The name check was requested in February. Six months will elapse by the end of August. I think that is a reasonable time for a name-check to be completed.

I have exhausted all means of inquiry (wrote a letter to the USCIS, visited USCIS twice and inquired personally; wrote three e-mails to the FBI, called FBI twice by phone, and wrote letters to the FBI officers in charge), to no avail.

**Please, ask the FBI, on my behalf, about the status of my name check.**

Here is my data: Name: Vladimir R. Moutafov; Alien #: 099-253-129; DOB: 11/18/1957

I can be reached at:

|  |  |
|---|---|
| Mailing address: | Vladimir Moutafov, 124 Haycock Rd., Apt. B-1, Falls Church, VA 22046 |
| E-mail address: | marlenski@netzero.net |
| Cell phone: | (202) 213 2210 |
| Fax: | (775) 269 1313 |

You will please find enclosed a release form and a letter from the USCIS, stating that my case cannot be completed because of a pending FBI name check.
Thank you for your time and trouble,

Sincerely,

**Vladimir Moutafov**

# EXHIBIT 18

Office of Senator John Warner (VA)
225 Russell Building
Washington, D.C. 20510
Telephone: (202) 224-2023
(202) 224-6295 FAX

*August 24, 2005*

**Dear Madam or Sir:**

My name is Vladimir Moutafov, 47, Bulgarian. I am a full-time international student, residing in Falls Church, VA, on an F-1 visa, together with my wife and son. My wife won the DV-Lottery and we all applied for adjustment of status in February 2005. My wife and son have already adjusted status and have their green cards (the cards came in the mail in May 2005).

I have still not adjusted my status from F-1 to permanent resident because of an FBI name-check, which is still pending. If the name-check is not completed at least one week before the end of September, I might loose my right to a green card (and I will surely loose it after midnight on September 30th). The name check was requested in February. Six months will elapse by the end of August. I think that is a reasonable time for a name-check to be completed.

I have exhausted all means of inquiry (wrote a letter to the USCIS, visited USCIS twice and inquired personally; wrote three e-mails to the FBI, called FBI twice by phone, and wrote letters to the FBI officers in charge), to no avail.

**Please, ask the FBI, on my behalf, about the status of my name-check.**

Here is my data: **Name:** Vladimir R. Moutafov; **Alien #:** 099-253-129; **DOB:** 11/18/1957

I can be reached at:

   Mailing address:   Vladimir Moutafov, 124 Haycock Rd., Apt. B-1, Falls Church, VA 22046
   E-mail address:   marlenski@netzero.net
   Cell phone:   (202) 213 2210
   Fax:   (775) 269 1313

You will please find enclosed a release form and a letter from the USCIS, stating that my case cannot be completed because of a pending FBI name check.
Thank you for your time and trouble,

Sincerely,

**Vladimir Moutafov**

# EXHIBIT 19

Office of Rep. James P. Moran
5115 Franconia Road, Suite B
Alexandria, VA 22310
Phone: (703) 971-4700
Fax: (703) 922-9436

*August 24ᵗʰ, 2005*

**Dear Madam or Sir,**

My name is Vladimir Moutafov, 47, Bulgarian. I am a full-time international student, residing in Falls Church, VA, on an F-1 visa, together with my wife and son.
My wife won the DV-Lottery and we all applied for adjustment of status in February 2005. My wife and son have already adjusted status and have their green cards (the cards came in the mail in May 2005).

I have still not adjusted my status from F-1 to permanent resident because of an FBI name-check, which is still pending. If the name-check is not completed at least one week before the end of September, I might loose my right to a green card (and I will surely loose it after midnight on September 30th). The name check was requested in February. Six months will elapse by the end of August. I think that is a reasonable time for a name-check to be completed.

I have exhausted all means of inquiry (wrote a letter to the USCIS, visited USCIS twice and inquired personally; wrote three e-mails to the FBI, called FBI twice by phone, and wrote letters to the FBI officers in charge), to no avail.

**Please, ask the FBI, on my behalf, about the status of my name check.**

Here is my data: Name: Vladimir R. Moutafov; Alien #: 099-253-129; **DOB**: 11/18/1957

I can be reached at:

| | |
|---|---|
| Mailing address: | Vladimir Moutafov, 124 Haycock Rd., Apt. B-1, Falls Church, VA 22046 |
| E-mail address: | marlenski@netzero.net |
| Cell phone: | (202) 213 2210 |
| Fax: | (775) 269 1313 |

I, Vladimir R. Moutafov, hereby authorize Rep. James P. Moran and/or members of his staff, to make an inquiry on my behalf.

Thank you for your time and trouble,

Sincerely,

Vladimir Moutafov

# EXHIBIT 20

**From:** Jim Alexander
**Sent:** Friday, August 26, 2005 10:06 AM
**To:** susan.dibbins@dhs.gov
**Cc:** Jim Alexander; Eleanor Kaufman
**Subject:** Vladimir Moutafov - A99 253 129

Dear Ms. Dibbins:

We write to request your assistance in the above-referenced client's adjustment of status case. We understand that Mr. Moutafov's DV case remains pending due to background checks, but would like to know if the Washington District Office has any plan to deal with DV cases as the September 30 deadline approaches. Has an expedited background check been requested in this case? Is there a process to complete these cases promptly?

This issue is extremely important to many, including our client Mr. Moutafov. Mr. Moutafov, his wife Marlena Konstantinova Moutafova, and their son Vladimirov were interviewed regarding their adjustment applications on March 15, 2005 by Officer Logan. Mrs. Moutafova and Vladimirov's applications have already been approved. However, Mr. Moutafov is still waiting and he is growing more anxious due to the fact that the fiscal year will end in slightly more than a month. If his background checks are not completed by September 30, Mr. Moutafov faces being separated from his spouse and son.

I would like to speak with you about this issue next week. I can rearrange my schedule so that we can meet in person about this matter. Please let me know when you will be available for a quick ten minute chat.

Thank you for your kind attention and assistance.

Best regards,

Jim Alexander
Maggio & Kattar
11 Dupont Circle, NW, #775
Washington, DC 20036
Phone: 202 483 0053
Fax: 202 483 6801

# EXHIBIT 21

From: Dibbins, Susan P [mailto:Susan.Dibbins@dhs.gov]
Sent: Friday, August 26, 2005 11:53 AM
To: Jim Alexander
Cc: Eleanor Kaufman; Williams, June M
Subject: RE: Vladimir Moutafov - A99 253 129

We informed AILA at our last meeting in July that we are expediting name checks for DV cases. We also gave AILA the name of the contact SDAO here (June Williams) for any questions/concerns about DV cases. I will pass this on to June Williams to follow-up. In the future, however, please go through AILA for DV inquiries or contact June Williams directly. Given my schedule, I must limited inquiries only to the clearinghouse process.

    ——Original Message——
    From: Jim Alexander [mailto:jalexander@Maggio-Kattar.com]
    Sent: Friday, August 26, 2005 10:06 AM
    To: Dibbins, Susan P
    Cc: Jim Alexander; Eleanor Kaufman
    Subject: Vladimir Moutafov - A99 253 129

    Dear Ms. Dibbins:

# EXHIBIT 22

marlenski

**From:** "farhat" <ftapc@comcast.net>
**To:** "'marlenski'" <marlenski@netzero.net>
**Sent:** 31 August 2005 10:29
**Subject:** FW: Re: Vladimir Rachev Moutafov (A992 253 129)

Dear Vladimir:

I have sent this email to Susan Dibbins again. You may want to make another infopass appointment for September.

Best Regards:
Farhat

———Original Message———
**From:** farhat [mailto:ftapc@comcast.net]
**Sent:** Wednesday, August 31, 2005 9:27 AM
**To:** 'susan.dibbins@dhs.gov'
**Subject:** Re: Vladimir Rachev Moutafov (A992 253 129)

Dear Ms. Dibbins:

I wrote to you on July 26, 2005 regarding the above referenced visa lottery case but did not hear back. In fact, Ms. Howard had asked me to send you an email. Mr. Moutofov's wife was the lottery winner and both she and her son were approved on March 2, 2005. Mr. Moutofov was told that he could not be approved because the FBI name check had not cleared. On July 26, 2005, Mr. Moutofov made an infopass appointment and we both went to the Fairfax District office. He was told by a supervisor that the Fairfax District Office was going to request an expedite on the name checks for DV Visa Lottery cases. The numbers for the DV Visa Lottery cases are going to be over on September 30, 2005. If Mr. Moutofov does not get approved before September 30, 2005, he will need to leave the county. Mr. Moutofov is the sole provider for his wife and son who are both permanent residents. Is it possible to reserve a number for Mr. Moutofov pending FBI clearance? I would really appreciate your responding to this email as soon as possible. Please call me or email me if you have any questions.

Best Regards:
Farhat Ahmed
Farhat Tasneem Ahmed, P.C.
14516 Pebble Lane
North Potomac, MD 20878
Phone No: 301/340-7785
Fax No: 301/340-0551

11/09/2005

# EXHIBIT 23

——Original Message——
From: Jim Alexander [mailto:jalexander@Maggio-Kattar.com]
Sent: Thursday, September 01, 2005 2:49 PM
To: Williams, June M
Cc: Jim Alexander; Eleanor Kaufman
Subject: Vladimir Moutafov - A99 253 129

Dear Ms. Williams:

I write to check on the status of our above-referenced client's adjustment application.  Please let us know if the background check has been completed.  An explanation regarding the urgency of this matter is provided below.

A copy of our G-28 is attached and we ask that you place a copy in Mr. Moutafov's file.

Best regards,


Jim Alexander
Maggio & Kattar
11 Dupont Circle, NW, #775
Washington, DC 20036
Phone: 202 483 0053
Fax: 202 483 6801

# EXHIBIT 24

**marienski**

| | |
|---|---|
| From: | "Eleanor Kaufman" <ekaufman@Maggio-Kattar.com> |
| To: | <marienski@netzero.net> |
| Cc: | "Jim Alexander" <jalexander@Maggio-Kattar.com> |
| Sent: | 06 September 2005 14:20 |
| Subject: | FW: Vladimir Moutafov - A99 253 129 |

Dear Mr. Moutafov:

We have further inquired with Ms. Williams on your behalf.  Please see below e-mail response from her concerning your case.

Sincerely,

Eleanor Kaufman,
Administrative Assistant

From: Williams, June M [mailto:June.Williams@dhs.gov]
Sent: Tuesday, September 06, 2005 12:51 PM
To: Jim Alexander
Subject: RE: Vladimir Moutafov - A99 253 129

Dear Mr. Alexander

Checks have not been completed.  We are aware of the situation, however we must wait for a response.

# EXHIBIT 25

*To the kind attention of*
*Ms. DENISE*
*09/12/05*

To: FBI NNCP
   fax: (202) 324-3367
From: Vladimir Moutafov
   A# 099-253-129

*August 24th, 2005*

**Subj.: DV-Lottery deadline - Request to expedite name check**

**Dear Madam of Sir:**

Please expedite my name check, so that I could keep my family together.
I have applied for a DV-Lottery based adjustment of status to permanent resident, and the
Washington DC District Office of USCIS requested the name check back in February
2005. My wife and son already have their green cards.

The deadline to adjust status is 9/30/05.

**Please let me know about the status of my name-check.**

name -   Vladimir Rachev MOUTAFOV
DOB -    11/18/1957
A# -     099-253-129

I can be reached at:

   Mailing address:   Vladimir Moutafov
                      124 Haycock Rd., Apt. B-1
                      Falls Church, VA 22046

   E-mail address:    marlenski@netzero.net

   Cell phone:   (202) 213 2210

   Fax:   (775) 269 1313

Thank you for your time and trouble,

sincerely,

**Vladimir Moutafov**

*DEAR DENISE,*
*PLEASE, HELP!!*

*IF I MISS THE*
*Sept. 30 DEADLINE,*
*I'll be SEPARATED*
*FROM MY FAMILY,*
*AND I'M their*
*SOLE PROVIDER.*
*PLEASE, LET ME*
*KNOW!*
*THANK YOU*

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 09/12/2005 11:57
                                    NAME : STAPLES92
                                    FAX  : 7035348133
                                    TEL  : 7035340101


     DATE,TIME          09/12  11:57
     FAX NO./NAME       12023243367
     DURATION           00:00:24
     PAGE(S)            01
     RESULT             OK
     MODE               STANDARD
                        ECM
```

*To the kind attention of Ms. DENISE*

**To:** FBI NNCP
    fax: (202) 324-3367
**From:** Vladimir Moutafov
    A# 099-253-129

*09/12/05*

*August 24th, 2005*

**Subj.: DV-Lottery deadline - Request to expedite name check**

**Dear Madam of Sir:**

Please expedite my name check, so that I could keep my family together.
I have applied for a DV-Lottery based adjustment of status to permanent resident, and the Washington DC District Office of USCIS requested the name check back in February 2005. My wife and son already have their green cards.

The deadline to adjust status is 9/30/05.

**Please let me know about the status of my name-check.**

name -  Vladimir Rachev MOUTAFOV
**DOB -**  11/18/1957
A# -   099-253-129

I can be reached at:

Mailing address:  Vladimir Moutafov
               124 Haycock Rd., Apt. B-1
               Falls Church, VA 22046

E-mail address:  marlenski@netzero.net

*DEAR DENISE, PLEASE, HELP!! IF I MISS THE*

# EXHIBIT 26

marlenski

| From: | "Jim Alexander" <jalexander@Maggio-Kattar.com> |
|---|---|
| To: | <Fbinncp@IC.fbi.gov> |
| Cc: | <marlenski@netzero.net>; "Eleanor Kaufman" <ekaufman@Maggio-Kattar.com>; "Jim Alexander" <jalexander@Maggio-Kattar.com> |
| Sent: | 15 September 2005 17:05 |
| Subject: | Request To Expedite Security Check |

*Via E-Mail: Fbinncp@IC.fbi.gov*

Re:  **Vladimir MOUTAFOV**
     **A99 253 129**
     **MSC0513018229**
     Request to Expedite Security Check

Dear Sir or Madam:

I write to respectfully request expedited proccessing of our above-referenced client's security check. Mr. Moutafov has applied for a diversity visa lottery based adjustment of status and is currently awaiting security clearance. His wife and son have already been granted their visas and there is the danger that their family will be broken up if this does not get processed before the September 30, 2005 deadline for DV visas. At a recent INFOPASS appointment at Citizenship and Immigration Services, the Officer we spoke with submitted an expedite request within CIS as they are aware of the urgency of this sort of case.

Kindly provide us with a status update as to where this case is in the security clearance process. We thank you for your time and attention to this matter. Please let us know if you have any questions.

Sincerely,

MAGGIO & KATTAR

Jim Alexander

16/09/2005

# EXHIBIT 27

# Case Status Search

Receipt Number:    msc0513018229

Application Type:    I485, Application to Register Permanent Residence or to Adjust Status

Current Status:

On March 15, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

---

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375   5283 or 1-800-767-1833 (TTY).