IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR MOUTAFOV, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:05CV01860 |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS K. RAGLAND**

PLEASE TAKE NOTICE that upon the annexed Affirmation of the undersigned, the Declaration of Thomas K. Ragland, Esq., and the proposed Order, the undersigned moves this Court, pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, for an Order allowing the admission *pro hac vice* of Thomas K. Ragland, Esq., to participate in Court proceedings with respect to the above-entitled action.

Dated: September 22, 2005.

_____
Thomas A. Elliot, Esquire
Elliot & Mayock
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 429-1725
DC Bar No. 259713

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR MOUTAFOV, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:05CV01860 |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |

**AFFIRMATION OF THOMAS A. ELLIOT**

I, Thomas A. Elliot, an attorney-at-law admitted to practice before this Court, affirm as follows under the penalties of perjury:

1. I am a member of the law firm of Elliot & Mayock, 1629 K Street, NW, Suite 1250, Washington, D.C. 20006, telephone 202-429-1725, DC Bar No. 259713.

2. I am fully familiar with the facts and circumstances as set forth herein and make this affirmation in support of the application of Thomas K. Ragland for admission *pro hac vice* on behalf of Plaintiff Vladimir Moutafov in the above-captioned matter.

3. Mr. Ragland is an associate attorney in the law firm of Elliot & Mayock, 1629 K Street, NW, Suite 1250, Washington, D.C. 20006, telephone 202-429-1725.

4. Mr. Ragland is admitted to practice law in the state of Maryland, and he has extensive experience in the handling of immigration matters.

5. Mr. Ragland has been extensively involved in this matter since its inception.

6. The undersigned knows Mr. Ragland to be an attorney of the highest personal and professional qualifications and to be a member in good standing of the Bar of

Maryland, as set forth in Mr. Ragland's accompanying declaration. A certificate of good standing for the Maryland Bar is attached to Mr. Ragland's declaration.

7. The undersigned submits to the court that Mr. Ragland is an attorney who would do justice to both his clients and the Bar.

8. The undersigned attests that Mr. Ragland has never been disciplined by any bar.

9. The undersigned attests that Mr. Ragland has not previously been admitted *pro hac vice* in this Court.

10. The undersigned attests that Mr. Ragland is not currently a member of the District of Columbia Bar and does not have an application for membership pending.

11. The Court is respectfully referred to Mr. Ragland's declaration concerning his specific qualifications, and the undersigned respectfully requests that Thomas K. Ragland be admitted *pro hac vice* in the above-captioned action.

12. I certify that all of the foregoing statements made by me are true, and I am aware that if any the foregoing statements made by me are willfully false I am subject to punishment.

Dated: September 22, 2005

_____
Thomas A. Elliot, Esquire
Elliot & Mayock
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 429-1725
DC Bar No. 259713

Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR MOUTAFOV,                )
                                  )
                    Plaintiff,    ) Case No. 1:05CV01860
v.                                )
                                  )
MICHAEL CHERTOFF, et al.,         )
                                  )
                    Defendants.   )

### DECLARATION FOR ADMISSION

Applicant Thomas K. Ragland states the following under the penalties of perjury:

1. Applicant is an attorney whose offices are located at 1629 K Street, NW, Suite 1250, Washington, DC 20006.

2. Applicant's law firm, Elliot & Mayock, 1629 K Street, NW, Suite 1250, Washington, DC 20006, has been retained by Plaintiff Vladimir Moutafov to provide legal representation in connection with the above-captioned matter now pending in United States District Court for the District of Columbia.

3. Applicant is a member of good standing in the Maryland Bar, admitted on December 15, 1994.

4. Applicant is intimately familiar with immigration law through his experience as a Judicial Law Clerk in the United States Immigration Court in Boston, Massachusetts from October 1994 to September 1995; as an Attorney Advisor and Senior Attorney Manager at the Board of Immigration Appeals in Falls Church, Virginia from October 1995 to October 2003; as an Appellate Attorney at the Office of Immigration Litigation, Civil Division, U.S. Department of Justice from October 2003 to October 2004; and as an attorney in private practice at

Elliot & Mayock, 1629 K Street, NW, Suite 1250, Washington, D.C. 20006, from November 2004 to the present.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant has never been charged, arrested, or convicted of a criminal offense.

7. Applicant has never been held in contempt of court by any court.

8. Applicant has never been publicly reprimanded, publicly censured, suspended, disciplined, or disbarred by any court.

9. Applicant is familiar and will comply with:

    a. the provisions of the Judicial Code (Title 28 U.S.C.);

    b. the Federal Rules of Civil Procedure;

    c. the Local Rules of the United States District Court for the District of Columbia; and

    d. the Rules of Professional Conduct as they have been adopted by the Maryland Court of Appeals.

10. Pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Applicant respectfully requests to be admitted to practice in United States District Court for the District of Columbia for this cause only.

Dated: September 22, 2005

Respectfully submitted,

/s/ Thomas K. Ragland

Thomas K. Ragland, Esquire
Elliot & Mayock
1629 K St., NW, Suite 1250
Washington, DC 20006
Phone: 202-429-1725

2

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the __15th__ day of __December__, 1994,

**THOMAS K. RAGLAND**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this __13th__ day of __July__, 2005.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Admission *Pro Hac Vice* of Thomas K. Ragland was served via the United States Postal Service, first class postage prepaid, on this the 22nd day of September, 2005, to:

Marina Braswell, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530

Thomas A. Elliot