IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR MOUTAFOV, )
)
Plaintiff, ) Case No. 1:05CV01860
v. )
)
MICHAEL CHERTOFF, et al., )
)
Defendants. )

### ORDER

The Court, pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, and having considered the Affirmation of Thomas A. Elliot, Esq. and the Declaration for Admission *pro hac vice* of Thomas K. Ragland, Esq., orders that the foregoing Motion for Admission *Pro Hac Vice* of Thomas K. Ragland be granted.

_____
JUDGE