# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VLADIMIR MOUTAFOV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1860 (RMC)** |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| | ) | |
| **ROBERT DIVINE,** | ) | |
| | ) | |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter coming to be heard on Plaintiff's Emergency Motion for Preliminary Injunctive Relief, counsel for Plaintiff and Defendants having presented argument, the Court having reviewed the Verified Complaint for Mandamus and Declaratory Judgment, and the Court being fully advised, it is hereby

**ORDERED** that Defendants shall immediately complete adjudication of the Application for Adjustment of Status of Plaintiff Vladimir Moutafov, without further delay and by no later than midnight on September 30, 2005; and it is

**FURTHER ORDERED** that Defendants shall take all appropriate action to achieve the expeditious adjustment of Plaintiff's application on or before midnight on September 30, 2005; and it is

**FURTHER ORDERED** that Defendants shall continue the adjudication process after close of business on September 30, 2005, until midnight if necessary, to complete the adjudication process.

**SO ORDERED.**

Dated: September 28, 2005.

Time: 6:10 p.m.

_____/s/_____

ROSEMARY M. COLLYER

United States District Judge