```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

VLADIMIR MOUTAFOV,                       )
  1124 Haycock Rd, Apt. B-1              )
  Falls Church, VA 22046,                )
                                                )
      Plaintiff,                        )
                                                )
       v.                                )   Civil Action No. 05-1860 RMC
                                                )
MICHAEL CHERTOFF, SECRETARY,             )
  U.S. DEPARTMENT OF HOMELAND            )
  SECURITY,                              )
  425 Murray Drive, Building 410         )
  Washington, D.C. 20528,                )
                                                )
U.S. DEPARTMENT OF HOMELAND              )
  SECURITY,                              )
  425 Murray Drive, Building 410         )
  Washington, D.C. 20528,                )
                                                )
ROBERT DEVINE, ACTING DIRECTOR,          )
U.S. CITIZENSHIP AND IMMIGRATION         )
  SERVICES,                              )
  20 Massachusetts Avenue, N.W.,         )
  Washington, D.C. 20529,                )
                                                )
U.S. CITIZENSHIP AND IMMIGRATION         )
  SERVICES,                              )
  20 Massachusetts Avenue, N.W.,         )
  Washington, D.C. 20529,                )
                                                )
ROBERT S. MUELLER, DIRECTOR,             )
  FEDERAL BUREAU OF INVESTIGATION,)
  J. Edgar Hoover Building,              )
  935 Pennsylvania Avenue, N.W.,         )
  Washington, D.C. 20535,                )
                                                )
        and                               )
                                                )
FEDERAL BUREAU OF INVESTIGATION,         )
  J. Edgar Hoover Building,              )
  935 Pennsylvania Avenue, N.W.,         )
  Washington, D.C. 20535,                )
                                                )
      Defendants.                       )
_____ )

<u>PRAECIPE</u>

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for the defendants in this case.

Respectfully submitted,

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226