UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


VLADIMIR MOUTAFOV,                      )
  1124 Haycock Rd, Apt. B-1             )
  Falls Church, VA 22046,               )
                                   )
        Plaintiff,                   )
                                    )
        v.                           )  Civil Action No. 05-1860 RMC
                                    )
MICHAEL CHERTOFF, SECRETARY,            )
  U.S. DEPARTMENT OF HOMELAND           )
  SECURITY,                             )
  425 Murray Drive, Building 410        )
  Washington, D.C. 20528,               )
                                    )
U.S. DEPARTMENT OF HOMELAND             )
  SECURITY,                             )
  425 Murray Drive, Building 410        )
  Washington, D.C. 20528,               )
                                    )
ROBERT DEVINE, ACTING DIRECTOR,         )
U.S. CITIZENSHIP AND IMMIGRATION        )
  SERVICES,                             )
  20 Massachusetts Avenue, N.W.,        )
  Washington, D.C. 20529,               )
                                    )
U.S. CITIZENSHIP AND IMMIGRATION        )
  SERVICES,                             )
  20 Massachusetts Avenue, N.W.,        )
  Washington, D.C. 20529,               )
                                    )
ROBERT S. MUELLER, DIRECTOR,            )
  FEDERAL BUREAU OF INVESTIGATION,)
  J. Edgar Hoover Building,             )
  935 Pennsylvania Avenue, N.W.,        )
  Washington, D.C. 20535,               )
                                    )
        and                          )
                                    )
FEDERAL BUREAU OF INVESTIGATION,        )
  J. Edgar Hoover Building,             )
  935 Pennsylvania Avenue, N.W.,        )
  Washington, D.C. 20535,               )
                                    )
        Defendants.                  )
_____ )

<u>DEFENDANTS' REPORT TO THE COURT</u>

Defendants hereby report to the Court that on September 30, 2005, at approximately 2:30 p.m., the United States Citizenship and Immigration Services granted plaintiff's application for lawful permanent resident status.  <u>See</u> Exh. A, attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226