**Department of Homeland Security**
2675 Prosperity Avenue
Fairfax, VA 22031



**U.S. Citizenship and Immigration Services**

A99253129
Date: September 30, 2005
Approval Date: 09/30/05
Adjustment Class: DV7

VLADIMIR RACHEV MOUTAFOV
124 HAYCOCK RD
#B-1
FALLSCHURCH, VA 22046

Dear Sir or Madam:

Your application for lawful permanent resident status has been approved. Your alien registration card will arrive by mail within the next twelve months.

Please do not travel outside the United States without first receiving a passport endorsement from United States Citizenship and Immigration Services. In order to receive this endorsement, you must make an INFOPASS appointment via the Internet at www.infopass.uscis.gov; under the section for the type of appointment, please select the one for an approval letter. On the day of your appointment, please bring with you this letter, a copy of your INFOPASS appointment letter, your valid passport, and one other form of identification.

Sincerely,

Phyllis A. Howard
District Director Services

Cc: Thomas A. Elliot

Exhibit A
Civil No. 05-1860 RMC