UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR MOUTAFOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1860 RMC |
| ) | |
| MICHAEL CHERTOFF, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

DEFENDANTS' UNOPPOSED MOTION FOR ONE-BUSINESS-DAY
ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an extension of time of one business day, to and including November 21, 2005, in which to file defendants' response to plaintiff's Complaint. Defendants' response was due November 18, 2005, but defense counsel was out of the office ill that day. Accordingly, the requested extension is necessary in order to allow defense counsel the time needed to file defendants' response.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendants

respectfully request that this unopposed motion for a one-business-day enlargement of time be granted.

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                        United States Attorney

                        _____
                        R. CRAIG LAWRENCE, D.C. BAR # 171538
                        Assistant United States Attorney

                        _____
                        MARINA UTGOFF BRASWELL, D.C. BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226