IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VLADIMIR MOUTAFOV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  05-1860 RMC |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| U.S. Department of Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Memorandum of Points and Authorities in Response to Defendants' Motion to Dismiss, and the entire record, and the Plaintiff having prevailed in his underlying Complaint for injunctive relief, and the Defendants having granted Plaintiff's application for adjustment of status, and it appearing to the Court that intervening events have rendered the Plaintiff's Complaint moot, it is hereby

ORDERED that the Plaintiff's Complaint be, and is, dismissed.

DATED:

Entered:

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Thomas A. Elliot | Marina Utgoff Braswell |
| Elliot & Mayock | Assistant United States Attorney |
| 1629 K Street, N.W., Suite 1250 | U.S. Attorney's Office |
| Washington, DC  20006 | 555 4th Street, N.W. |
| 202-429-1725 | Washington, DC  20530 |
| DC Bar No. 259713 | |
| | Attorney for Defendants |
| Attorney for Plaintiff | |