IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR MOUTAFOV, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-1860 RMC |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE RESPONSE**

The Plaintiff, VLADIMIR MOUTAFOV, by his attorney, Thomas A. Elliot, respectfully moves this Honorable Court for leave to file a response to Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss, which was filed on December 6, 2005. A response to the Defendants' reply is necessary in order to correct significant mischaracterizations of the record and to counter the Government's *ad hominem* attacks against the Plaintiff.

WHEREFORE, the Plaintiff prays that this Court grant him leave to file a response to Defendant's Reply to Plaintiff's Response to Defendants' Motion to Dismiss.

Respectfully submitted,

ELLIOT & MAYOCK

_____
Thomas A. Elliot

1629 K Street, N.W., Suite 1250
Washington, DC 20006
(202) 429-1725
DC Bar No. 259713

Attorney for Plaintiff