IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VLADIMIR MOUTAFOV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-1860 RMC |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| U.S. Department of Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave of Court to File Response, it is hereby

ORDERED that the Plaintiff's Motion be, and is, GRANTED.

DATED:

Entered:

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Thomas A. Elliot
Elliot & Mayock
1629 K Street, N.W., Suite 1250
Washington, DC  20006
202-429-1725
DC Bar No. 259713

Attorney for Plaintiff

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC  20530

Attorney for Defendants