# Exhibit 1

ATTORNEY DECLARATION

I, THOMAS A. ELLIOT, declare the following:

1.  I am the Senior Partner and an Attorney at the Law Offices of Thomas A. Elliot, P.C., dba Elliot & Mayock, LLP.

2.  The attached statements for professional services of $18,322.00 and costs of $851.76 on behalf of Vladimir Moutafov are true and correct to the best of my knowledge and belief.

3.  I earned my law degree in 1974 at Case Western Reserve University.  I am a member of the Bars admitted to practice in the District of Columbia, Commonwealth of Massachusetts, and the US Virgin Islands.

4.  I have been a practicing attorney since 1974, and I started in general practice with Legal Services of the Virgin Islands, where I devoted about one-third of my time to the practice of immigration law, until I left in 1979.  In addition to appearing in many individual immigration cases in the Virgin Islands, I successfully prosecuted cases in striking down local laws interfering with immigrants' rights, including *Rogers v. Larson*, 563 F.2d 617 (3d Cir. 1977).

5.  I transferred to the U.S. Department of Justice in January of 1979.  From 1979 to March of 1980 I worked as an Attorney Advisor with the U.S. Department of Justice's Board of Immigration Appeals, the administrative appellate board having exclusive jurisdiction to hear and consider appeals from immigration judges' decisions.  I reviewed the immigration court records and drafted dozens of legal opinions for cases for the Board members.

6. I have been in a private practice devoted solely to immigration and nationality law from March of 1980 to the present, and in my practice I have regularly represented aliens in obtaining legal immigration status or defending them in removal proceedings. I am presently a partner with the immigration law firm of Elliot & Mayock LLP, which has offices in San Francisco and Washington, D.C. Elliot & Mayock LLP practices the full range of immigration law and specializes in employment-based immigrant, non-immigrant visas and deportation defense.

7. I have also served as an immigration advisor to the law firm of Skadden, Arps, Slate, Meagher and Flom in the case of *Romallo v. INS*, 934 F. Supp. 1 (D. D.C. 1996), *rev'd on jurisdictional grounds*, 114 F.3d 1210 (D.C. Cir. 1997), *cert. denied*, 119 S. Ct. 1139 (1999). My other notable reported immigration cases include *Soliman v. Gonzales, 419 F.3d 276 (4th Cir. 2005), Sang Seup Shin v. INS*, 750 F.2d 122 (D.C. Cir. 1984); *Blackie's House of Beef, Inc. v. INS*, 659 F.2d 1211 (D.C. Cir. 1981); *Pei-Chi Tien v. INS*, 638 F.2d (5th Cir. 1981).

8. I have also served from 1991 through 2000 as a lecturer for the District of Columbia Bar and George Washington University's Continuing Legal Education Program teaching a course for three weekly sessions on immigration law and litigation to mostly lawyers from the DC Metropolitan area.

9. As a member of the American Immigration Lawyers Association ("AILA"), the largest professional group of immigration lawyers nationwide, I have since 1983 lectured regularly and presented papers on immigration issues for AILA's national conferences. I have also served as Chairperson of the D.C. Chapter of AILA from 1982 to 1983, as well

3

as serving as Co-Chair of the Liaison Committee, Executive Office of Immigration Review, from 1992 to 1993.

10. Since 1989, while practicing immigration law, I have held the highest professional rating of "A-V," a ranking given by my peers and published by the national lawyer's directory of Martindale-Hubbell.

11. My publications include legal articles in *Immigration Briefings*, a national monthly publication produced by Federal Publications (now a West Group Company), which provides an in-depth legal analysis of various immigration topics with practical guidelines to aid the immigration practitioner in solving complex problems arising in immigration law.

12. Experienced immigration lawyers in the District of Columbia metropolitan area with the same level of experience as the undersigned typically charged and received in 2005 $345.00 per hour or more for their legal services in the immigration law field, and $345.00 was then my regular hourly rate.

13. A claim for hourly reimbursement at the hourly rate of $345.00 for immigration work is reasonable and consistent with what lawyers of similar skill and experience are entitled to when representing immigration clients in the District of Columbia metropolitan area.

14. The *Laffey* Matrix is a matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks that has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia.

15. The *Laffey* Matrix sets out the market rate per hour prevailing in the D.C. legal community based on the number of years an attorney has been practicing law. (A copy of the *Laffey* Matrix for the period of 2003 through 2005 is obtained from the United States Attorney's Office for the District of Columbia's website at:

    http://www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_4.html).

16. The *Laffey* Matrix is based on the hourly rates allowed by the United States District Court for the District of Columbia in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985).

17. I have been practicing immigration law and federal court litigation (except for 14 months while at the Board of Immigration Appeals)  continually since 1974, and hence my experience level falls into the *Laffey* Matrix category entitled "very experienced federal court litigators."  The *Laffey* Matrix dictates that the billable rate for lawyers with the same level of experience as me should be $390.00 per hour.

18. Associate Attorney Thomas K. Ragland in my office was a major contributor in the preparation of the instant case.  He graduated from Boston College Law School with honors in 1994 and admitted to the Maryland Bar that same year.  He thereafter held the position of Law clerk to the Immigration Court in Boston, Massachusetts.  He became attorney-advisor to the Board of Immigration Appeals and then served with the Office of Immigration Litigation with the U.S. Department of Justice handling complex and difficult immigration issues before the federal courts across the country.  Since November, 2004 he has worked in my office litigating complex immigration issues in

federal and administrative courts.  In September 2005, Mr. Ragland billed at $255.00/hour.

19. Associate Attorney Fabienne Chatain in my office has also assisted in the preparation of the instant case.  She holds a *Maitrise* (Master in Law) with Honors in 1988, from the University Jean Moulin, Lyon III, in Lyon, France.  She graduated from the same university also in 1988 with a Diploma in Comparative Law with honors.  In 1990, she graduated from Georgetown Law Center in 1990 with an LLM with Honors. She was admitted to the law practice in 1992 in New York.  Since then she has appeared in hundreds of immigration cases and litigation in immigration court.  She has regularly litigated immigration issues in federal courts since 1997 and has been with my office during that time.  In September 2005, Ms. Chatain billed at $255.00/hour.

20. Associate Attorneys Ragland and Chatain have been practicing immigration law and federal court litigation for over ten years, respectively, and hence their experience level falls into the *Laffey* Matrix category entitled "experienced federal court litigators."  The *Laffey* Matrix dictates that the billable rate for lawyers with the same level of experience as theirs should be $280.00 per hour.  Therefore, their rate of $255.00 per hour is presumptively reasonable.

21. My law office in 2005 charged $85.00 per hour for its paralegal's billable time, and an hourly billing rate of $85.00 per hour for a paralegal's time is consistent with the presumptively reasonable prevailing market rate for legal assistant/paralegal services charged by established immigration law firms in the District of Columbia metropolitan area according to the *Laffey* Matrix, which was $110.00 per hour in 2005.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

<u>                    /s/                    </u>

Dated:  July 3, 2006          THOMAS A. ELLIOT