# Exhibit 2

# LAW OFFICES OF THOMAS A. ELLIOT, P.C.

d/b/a ELLIOT & MAYOCK LLP
1629 K STREET N.W., SUITE 1250
WASHINGTON, D.C. 20006
(202) 429-1725
FAX:  (202) 452-0161

THOMAS A. ELLIOT
FABIENNE CHATAIN*
THOMAS K. RAGLAND**

 *Admitted in NY only
**Admitted in MD only

July 3, 2006

In the Case of Vladimir Moutafov v. Chertoff, et al
Case No. 05-1860 RMC
United States District Court for the District of Columbia

    Re:    <u>Our File No. 5679</u>

STATEMENT FOR PROFESSIONAL SERVICES

<u>Attorney Thomas A. Elliot's Time:</u>                                                     Hours

| | |
|---|---:|
| 09/16/05 Review file | .50 |
| 09/26/05 Telephone call with U.S. District Court | .10 |
| 09/27/05 Telephone call to M. Braswell – not in | n/c |
| 09/27/05 Roundtrip travel to and attend hearing at U.S. District Court | n/c |
| 09/28/05 Telephone call with M. Braswell | .10 |
| 09/28/05 Telephone call with J. Williams | .20 |
| 09/28/05 Teleconference with Judge Collyer at U.S. District Court | .80 |
| 09/28/05 Meeting with client | .30 |
| 09/28/05 Telephone call with client | n/c |
| 09/29/05 Roundtrip travel to and attend interview at Fairfax CIS office | 5.00 |
| 09/30/05 Telephone call with client | .10 |
| 09/30/05 Telephone call with J. Williams | .10 |
| 09/30/05 Telephone call with U.S. District Court | .20 |
| 09/30/05 Telephone call with colleague re: congressional options | n/c |
| 09/30/05 Telephone call to Ms. Dibbins at Fairfax CIS office – not in | n/c |
| 09/30/05 Telephone call with Ms. Dibbins | .10 |
| 12/02/05 Telephone call with client | n/c |
| 12/08/05 Review pleadings | .20 |
| 07/03/06 Review pleadings, research and draft Declaration | 2.80 |

Total Hours 10.50 @ $345.00/hour   =       3,622.50

Case No. 05-1860 RMC
July 3, 2006
Page 2

Associate Attorneys Thomas K. Ragland's and Fabienne Chatain's Time:    Hours

| | |
|---|---:|
| 09/15/05 Review file and research relevant case law | 4.10 |
| 09/16/05 Research relevant case law and draft complaint | 6.30 |
| 09/18/05 Research relevant case law and draft pleadings | 1.30 |
| 09/19/05 Research relevant case law and draft pleadings | 6.80 |
| 09/20/05 Revise and finalize pleadings | 5.60 |
| 09/21/05 Filed complaint and preliminary injunction motion in U.S. District Court and served U.S. Attorney | 3.50 |
| 09/21/05 Telephone call with client | n/c |
| 09/21/05 Telephone call with Judge Collyer's clerk | .10 |
| 09/21/05 Telephone call with L. Cox at U.S. Attorney's Office | .10 |
| 09/21/05 Telephone call with D. Coles-Huff at U.S. Attorney's Office | .10 |
| 09/21/05 Draft motion for pro hac vice admission | .30 |
| 09/22/05 Edit motion for pro hac vice admission, research relevant court rules | 2.50 |
| 09/22/05 Telephone call to M. Braswell – not in | n/c |
| 09/22/05 Telephone call to Judge Collyer's clerk – not in | n/c |
| 09/22/05 Telephone call with M. Braswell | .10 |
| 09/22/05 Telephone call with Judge Collyer's clerk | n/c |
| 09/22/05 Research relevant case law | 2.00 |
| 09/23/05 Telephone call with M. Braswell | .10 |
| 09/26/05 Telephone call with M. Braswell | .10 |
| 09/26/05 Research relevant case law and prepare for argument | 1.70 |
| 09/27/05 Review file and relevant case law | 2.00 |
| 09/27/05 Roundtrip travel to and attend hearing at U.S. District Court | 1.50 |
| 09/28/05 Telephone call with client | n/c |
| 09/28/05 Telephone call with M. Braswell | .10 |
| 09/28/05 Telephone call with client | n/c |
| 09/28/05 Telephone call with client | .10 |
| 09/29/05 Telephone call with client | .10 |
| 09/29/05 Roundtrip travel to and attend interview at Fairfax CIS office | n/c |
| 11/23/05 Review DHS' motion to dismiss and research relevant case law | 1.00 |
| 11/28/05 Research relevant case law | .50 |
| 11/29/05 Research relevant case law | 3.20 |
| 12/01/05 Telephone call with client | .20 |
| 12/01/05 Research relevant case law and draft response to DHS' motion to dismiss | 2.20 |
| 12/02/05 Finalize and file response | 1.80 |
| 12/07/05 Telephone call with U.S. District Court | .10 |
| 12/07/05 Draft response to DHS' reply | 1.10 |

Case No. 05-1860 RMC
July 3, 2006
Page 3

| Associate Attorneys' Time: | Hours |
|---|---|
| 12/08/05 Finalize pleadings and file with U.S. District Court | 1.20 |
| 04/25/06 Review court orders and review relevant case law | .50 |
| 04/25/06 Telephone call with U.S. District Court | .10 |
| 06/16/06 Research relevant case law and draft EAJA fee application | 1.80 |
| 06/19/06 Research relevant case law and draft EAJA fee application | 4.50 |
| 06/20/06 Finalize EAJA fee application and file with US District Ct | 4.20 |

Total Hours 60.90 @ $255.00/hour    =    $15,529.50

Paralegal's Time:

| | Hours |
|---|---|
| 09/20/05 Prepare cover sheet, summons, cover letter and envelopes for filing with U.S. District Court | .50 |
| 09/20/05 Telephone call with client | .10 |
| 09/21/05 Prepared complaint for mailing and travel to post office | 1.00 |

Total Hours 1.60 @ $85.00/hour    =    $   136.00

Total                                                                $19,322.00

# LAW OFFICES OF THOMAS A. ELLIOT, P.C.

d/b/a ELLIOT & MAYOCK LLP
1629 K STREET N.W., SUITE 1250
WASHINGTON, D.C. 20006
(202) 429-1725
FAX: (202) 452-0161

THOMAS A. ELLIOT
FABIENNE CHATAIN*
THOMAS K. RAGLAND**

 *Admitted in NY only
**Admitted in MD only

July 3, 2006

In the Case of  Vladimir Moutafov v. Chertoff, et al
Case No. 05-1860 RMC
United States District Court for the District of Columbia

    Re:    <u>Our File No. 5679</u>

<u>STATEMENT OF COSTS</u>

| | |
|---|---|
| 09/21/05 Filing fee for U.S. District Court | $250.00 |
| 09/21/05 Postage | $ 59.25 |
| 09/21/05 Roundtrip travel expenses to U.S. District Court | $ 20.00 |
| 09/27/05 Roundtrip travel expenses to U.S. District Court | $ 24.00 |
| 09/29/05 Roundtrip travel expenses to Fairfax CIS Office | $ 17.35 |
| 10/05 Long distance calls | $   .28 |
| 09/05-04/06 Photocopying | <u>$480.88</u> |
| Total | <u>$851.76</u> |