IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VLADIMIR MOUTAFOV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-1860 RMC |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| U.S. Department of Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Application for Attorneys' Fees and Costs Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and any response by the Defendants thereto,

IT IS HEREBY ORDERED:

1. That Plaintiff's Application for Attorneys' Fees and Costs under the EAJA be, and is, GRANTED.

2. That Defendants reimburse the Plaintiff for the fees and costs he incurred during the course of this litigation, as set forth in the itemized statements attached to Plaintiff's Application for Attorneys' Fees and Costs Under the EAJA.

DATED:

Entered:

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Thomas A. Elliot | Marina Utgoff Braswell |
| Elliot & Mayock | Assistant United States Attorney |
| 1629 K Street, N.W., Suite 1250 | U.S. Attorney's Office |
| Washington, DC  20006 | 555 4th Street, N.W. |
| 202-429-1725 | Washington, DC  20530 |
| DC Bar No. 259713 | |
| | Attorney for Defendants |
| Attorney for Plaintiff | |