UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VLADIMIR MOUTAFOV,                )<br>                                   )<br>     Plaintiff,                    )<br>                                   )<br>     v.                            )   Civil No. 05-1860 RMC<br>                                   )<br>MICHAEL CHERTOFF, SECRETARY,       )<br>  U.S. DEPARTMENT OF HOMELAND      )<br>  SECURITY, <u>et</u> <u>al</u>.,              )<br>                                   )<br>     Defendants.                   )<br>_____) |

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an extension of time, to and including July 28, 2006, in which to file defendants' response to plaintiff's motion for fees and costs.  Lead counsel for defendants has been out of the country from July 1-16, 2006, and just returned to the office today to find plaintiff had filed his motion.  In light of the number of matters that will require counsel's immediate attention this week, including the need to appeal a decision by a Magistrate Judge, the need to file a lengthy opposition brief in a separate case, and the need to defend in a deposition in yet another case, defense counsel will not have an opportunity to prepare defendants' reply in this case until next week.  Thus, the extension sought is to enable defendants to have the time needed to prepare a thorough response to plaintiff's motion.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for enlargement of time be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226