```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


VLADIMIR MOUTAFOV,                    )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )   Civil No. 05-1860 RMC
                                      )
MICHAEL CHERTOFF, SECRETARY,          )
   U.S. DEPARTMENT OF HOMELAND        )
   SECURITY, et al.,                  )
                                      )
          Defendants.                 )
                                      )
```

DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request a further extension of time, to and including August 18, 2006, in which to file defendants' response to plaintiff's motion for fees and costs. The parties are still engaged in settlement negotiations which, if successful, would obviate the need for this Court to decide plaintiff's motion. In order to allow the parties the time needed to complete these negotiations, and for defendants to file a response if settlement is not reached, the additional time requested is necessary.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendants

respectfully request that this unopposed motion for enlargement of time be granted.

                                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4${}^{th}$ Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226