```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


VLADIMIR MOUTAFOV,                    )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil No. 05-1860 RMC
                                      )
MICHAEL CHERTOFF, SECRETARY,          )
  U.S. DEPARTMENT OF HOMELAND         )
  SECURITY, et al.,                   )
                                      )
        Defendants.                   )
                                      )
```

DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, defendants respectfully request a further extension of time, to and including September 8, 2006, in which to file defendants' response to plaintiff's motion for fees and costs. The parties are still engaged in settlement negotiations which, if successful, would obviate the need for this Court to decide plaintiff's motion.  In order to allow the parties the time needed to complete these negotiations, and for defendants to file a response if settlement is not reached, the additional time requested is necessary.

This motion was inadvertently not filed earlier because lead counsel for defendants, AUSA Marina Utgoff Braswell, was out of the office August 15-18 caring for her son who had surgery on August 15th.  Upon counsel's return to the office she had to address several pre-trial issues associated with a trial then

scheduled to proceed September 12th (the trial was recently postponed), as well as filing deadlines in other cases, and further doctor appointments for her son, and did not recall that she had not sought a further extension of the deadline in this case.  Counsel apologizes to the Court and plaintiff's counsel for her mistake.

　　　Plaintiff's counsel has graciously consented to this motion.

　　　Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for enlargement of time be granted.

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR # 451058
　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MARINA UTGOFF BRASWELL, D.C. BAR #416587
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　555 4th Street, N.W. - Civil Division
　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　(202) 514-7226