UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR MOUTAFOV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil No. 05-1860 RMC |
| | ) |
| MICHAEL CHERTOFF, SECRETARY, | ) |
|   U.S. DEPARTMENT OF HOMELAND | ) |
|   SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants, by and through undersigned counsel, respectfully request a further extension of time of one business day, to and including September 11, 2006, in which to file defendants' response to plaintiff's motion for fees and costs.  Today counsel for the parties reached a tentative settlement agreement in principle which is subject to approval by the appropriate government officials.  This extension is being sought in order to allow the time necessary for the anticipated finalizing of the tentative settlement agreement.

Plaintiff's counsel has consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for enlargement of time be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226