UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR MOUTAFOV, )
)
    Plaintiff, )
)
) Civil No. 05-1860 RMC
)
MICHAEL CHERTOFF, SECRETARY, )
U.S. DEPARTMENT OF HOMELAND )
SECURITY, et al., )
)
)
    Defendants. )
)

<u>STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES
AND COSTS UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412</u>

    It is hereby stipulated and agreed between Vladimir Moutafov, plaintiff, and defendant Michael Chertoff, Secretary, U.S. Department of Homeland Security, defendant U.S. Department of Homeland Security, defendant Robert Devine, Acting Director, U.S. Citizenship and Immigration Services, defendant U.S. Citizenship and Immigration Services, and defendant Robert S. Mueller, Director, Federal Bureau of Investigation, by and through their respective attorneys, as follows:

    1.    The parties agree to settle and compromise the remaining claims in this action under the terms and conditions set forth herein.

    2.    Plaintiff agrees to dismiss with prejudice his application for attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

3. In return for plaintiff's agreement to the item listed in paragraph 2 above, and upon dismissal with prejudice of this EAJA action, the U.S. Department of Homeland Security agrees to pay plaintiff's attorney, Thomas A. Elliot, of the law firm of Elliot & Mayock, the amount of $12,000.00 in attorneys' fees and costs, by check issued to Thomas A. Elliot.

4. It is also agreed by and among the parties that the total settlement amount of $12,000.00 represents the entire amount of the compromise settlement, including interest or other compensation for delay.

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of defendants, their agents, servants, or employees, and it is entered into by both parties for the purpose of compromising disputed claims and avoiding the expense and risks of continued litigation.

6. In agreeing to this settlement, plaintiff Vladimir Moutafov hereby releases the United States, its employees, agents, and officers, in either their official or individual capacities, from any and all claims for attorneys' fees and costs in this action.

7. This Stipulation contains the entire agreement between the parties.

8. The undersigned counsel represent that they are authorized to make this Stipulation on behalf of their clients.

9. Execution of this stipulation by counsel for the parties shall constitute a dismissal of plaintiff's EAJA fee application, with prejudice, effective upon approval by the Court.

Executed this __12th__ day of September, 2006.

Respectfully submitted,

_____
THOMAS A. ELLIOT
D.C. Bar # 259713
Elliot & Mayock
1629 K Street, N.W.,
Suite 1250
Washington, D.C. 20006
(202) 429-1725

Counsel for Plaintiff

_____
KENNETH L. WAINSTEIN
D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

Counsel for Defendants

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

DATED: